1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DAVID HILL, | Case No.: 1:12-cv-01420-SAB |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER |
| v. | (ECF No. 12) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

17

On May 21, 2013, Plaintiff filed a stipulation requesting an extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order.  (ECF No. 12.)  Pursuant to the stipulation, Plaintiff will have served the Commissioner with a confidential letter brief on or before **June 5, 2013**.  This request is granted, and the scheduling order is modified as follows:

1.    The Commissioner's confidential letter brief shall be served on or before **July 10, 2013**;

2.    Any stipulation to remand the case shall be filed on or before **July 25, 2013**;

3.    Plaintiff's opening brief shall be filed on or before **August 26, 2013**;

4.    Commissioner's responsive brief shall be filed on or before **September 25, 2013**; and

1

1   5.   Plaintiff may file a reply brief on or before **October 2, 2013**.

IT IS SO ORDERED.

Dated: **June 20, 2013**

_____
UNITED STATES MAGISTRATE JUDGE