# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:12-cv-01420-SAB<br><br>ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER<br><br>(ECF No. 12) |

On May 21, 2013, Plaintiff filed a stipulation requesting an extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order. (ECF No. 12.) Pursuant to the stipulation, Plaintiff will have served the Commissioner with a confidential letter brief on or before **June 5, 2013**. This request is granted, and the scheduling order is modified as follows:

1. The Commissioner's confidential letter brief shall be served on or before **July 10, 2013**;
2. Any stipulation to remand the case shall be filed on or before **July 25, 2013**;
3. Plaintiff's opening brief shall be filed on or before **August 26, 2013**;
4. Commissioner's responsive brief shall be filed on or before **September 25, 2013**; and

1

5. Plaintiff may file a reply brief on or before **October 2, 2013**.

IT IS SO ORDERED.

Dated:   **June 20, 2013**

UNITED STATES MAGISTRATE JUDGE