IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>of the United States of America,<br><br>　　　　Defendant. | Case No. 12-cv-01420 SAB<br><br>ORDER ON STIPULATION<br>EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGMENT MOTION |

　　Pursuant to the stipulation of the parties, Plaintiff's time to file her summary judgment motion is hereby extended from August 26, 2013, to September 20, 2013. Defendant's opposition brief shall be filed within thirty days of the filing of Plaintiff's opening brief. Defendant shall have fifteen days from the date of service o f Defendant's opposition to file a reply brief.

IT IS SO ORDERED.

　　Dated:   **August 27, 2013**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1