# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:12-cv-01420-SAB<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

　　　　Plaintiff David Hill ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act on August 29, 2012. On August 27, 2013, an order issued granting the parties stipulation to extend time for Plaintiff to file his opening brief. Plaintiff's opening brief was due on or before September 20, 2013. The time for Plaintiff to file his opening brief has passed and Plaintiff did not seek a further extension of time or file an opening brief.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within seven (7) days of the date of service of this order. Failure to comply with this order to show cause shall result in this action being dismissed

1

1 | for failure to prosecute.

3 | IT IS SO ORDERED.

5 | Dated: **September 24, 2013**

UNITED STATES MAGISTRATE JUDGE