UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| DAVID HILL, | ) | Case No. 12-cv-01420-SAB |
| | ) | |
| Plaintiff, | ) | ORDER ON STIPULATION FOR |
| v. | ) | EXTENSION |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | (ECF No. 20) |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties to this action, Defendant's opposition to Plaintiff's opening brief shall be served and filed on or before December 6, 2013. Plaintiff's reply shall be served and filed within fifteen (15) days of service of the opposition.

IT IS SO ORDERED.

Dated:   **November 6, 2013**                    _____
                                                 UNITED STATES MAGISTRATE JUDGE

1