# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAVID HILL,                          | Case No. 1:12-cv-01420-SAB |
|---|---|
| Plaintiff,                           | ORDER TO SHOW CAUSE WHY PLAINTIFF'S SOCIAL SECURITY APPEAL SHOULD NOT BE DEEMED UNOPPOSED |
| v.                                   | |
| COMMISSIONER OF SOCIAL SECURITY,     | RESPONSE TO DUE WITHIN SEVEN (7) DAYS |
| Defendant.                           | |

On November 6, 2013, the Court issued an order granting Defendant an extension of time to file an opposition brief. (ECF No. 21.) Defendant's opposition brief was due on December 6, 2013. To date, no opposition brief has been filed.

Accordingly, Defendant is HEREBY ORDERED to SHOW CAUSE why Plaintiff's social security appeal should not be deemed unopposed due to Defendant's failure to file a timely opposition brief. Defendant's written response shall be filed within seven (7) calendar days from the date of this order.

IT IS SO ORDERED.

Dated:   **December 12, 2013**

UNITED STATES MAGISTRATE JUDGE