# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILL, | Case No. 1:12-cv-01420-SAB |
| Plaintiff, | ORDER DISCHARGING COURT'S ORDER TO SHOW CAUSE |
| v. | ECF NO. 22 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On December 12, 2013, the Court ordered Defendant Commissioner of Social Security ("Defendant") to show cause why this social security appeal should not be deemed unopposed based on Defendant's failure to file a timely opposition. Defendant filed a response the same day indicating that an opposition would be filed within seven (7) days.

The Court will permit Defendant to file its opposition within seven (7) days from the date of this order. Due to the holiday, Plaintiff's reply, if any, shall be filed within twenty-one (21) days of the date of service of Defendant's opposition.

In accordance with the foregoing, it is HEREBY ORDERED that:

1. The Court's December 12, 2013 order to show cause is DISCHARGED;
2. Defendant shall file its opposition brief within seven (7) days of the date of service of this order; and

///

1

3. Plaintiff shall file its reply brief, if any, within twenty-one (21) days of the date of service of Defendant's opposition.

IT IS SO ORDERED.

Dated: **December 13, 2013**

UNITED STATES MAGISTRATE JUDGE